Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

DONALD TROY HORTON )
_____ )
*Plaintiff(s)* )
(Write the full name of each plaintiff who is filing this complaint. )
If the names of all the plaintiffs cannot fit in the space above, )
please write "see attached" in the space and attach an additional )
page with the full list of names.) )
-v- )
UNITED STATES of AMERICA )
PRES. JOSEPH R. BIDEN )
V.P. KAMALA HARRIS )
_____ )
*Defendant(s)* )
(Write the full name of each defendant who is being sued. If the )
names of all the defendants cannot fit in the space above, please )
write "see attached" in the space and attach an additional page )
with the full list of names. Do not include addresses here.)

Case: 2:24-cv-00602
Assigned To : Oberg, Daphne A.
Assign. Date : 8/20/2024
Description: Horton v. United States of America et al

Jury Trial: *(check one)* ☐ Yes ☐ No

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

AUG 20 2024

GARY P. SERDAR
CLERK OF COURT
BY _____
DEPUTY CLERK

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: DONALD TROY HORTON
   Address: 6429 W COPPERHAWK DR
   SOUTH JORDAN UT 84009
   City / State / Zip Code
   County: USA
   Telephone Number: 801 300 7742
   E-Mail Address: EQUITISMANSWERS@GMAIL.COM

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: UNITED STATES OF AMERICA (FOR PROFIT GOV)
   Job or Title (if known): C/O JOSEPH R. BIDEN – PRESIDENT
   Address: 1600 PENNSYLVANIA AVE
   WASHINGTON D.C. 20530   NOT CONSTITUTIONAL GOV.
   City / State / Zip Code
   County: USA
   Telephone Number: UNKNOWN
   E-Mail Address (if known): UNKNOWN

   [X] Individual capacity   [X] Official capacity

   Defendant No. 2
   Name: UNITED STATES OF AMERICA (FOR PROFIT GOV)
   Job or Title (if known): C/O KAMALA HARRIS – V.P
   Address: 1600 PENNSYLVANIA AVE
   WASHINGTON D.C 20530   NOT CONSTITUTIONAL GOV.
   City / State / Zip Code
   County: USA
   Telephone Number: UNKNOWN
   E-Mail Address (if known): UNKNOWN

   [X] Individual capacity   [X] Official capacity

DEFENDENT #5

MERRICK GARLAND   ATTORNEY GENERAL OF USA
US DEPT. OF JUSTICE
950 PENNSYLVANIA AVE. NW
WASHINGTON D.C. 20530-0001

Defendant No. 3
Name: Secretary of State Anthony J. Blinken
Job or Title (if known): Sec of State
Address: 2201 C Street NW
City: Washington  State: D.C.  Zip Code: 20520
County: USA D.C.
Telephone Number: unknown
E-Mail Address (if known): unknown

[X] Individual capacity  [X] Official capacity

Defendant No. 4
Name: Deidre Henderson
Job or Title (if known): Lieutenant Governor of the State of UT.
Address: 350 N State St. Ste 220
City: Salt Lake City  State: UT  Zip Code: 84114-2325
County: SL
Telephone Number: unknown
E-Mail Address (if known): unknown

[X] Individual capacity  [X] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[X] Federal officials (a *Bivens* claim)

[X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

BIRTHRIGHT TO PURSUIT OF LIFE, LIBERTY AND HAPPINESS UNDER LAWS OF GOD TO BE UNFETTERED + FREE OF ALL GOV common law, maritime law, Rule of Law and color of law being conducted in these United States.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

MY AFFIDAVIT OF REPUDIATION OF CITIZENSHIP WAS SIGNED 5 MAR 24 AND RECEIVED BY CERTIFIED MAIL TO ALL PARTIES WITHOUT RESPONSE WITHIN THE LEGAL TIME PERIOD. THIS ACTION WITH FEDERAL COURT IS TO DOCUMENT AND FORCE REPLY ACKNOWLEDGING MY BIRTHRIGHT TO BE A LOVING LIVING SOUL UN FETTER AND FREE OF ALL GOV LAWS STATUTES + CODES ISSUED UNDER COLOR OF LAW NISI PRIUS COURTS + FED CT.

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur? IN USA.

B. What date and approximate time did the events giving rise to your claim(s) occur? 23 July 2024

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* AFTER BEING FORCED INTO EARLY RETIREMENT BY GOV, I STARTED/FOUNDED + CO-FOUNDED 2 NGO. THE USA GOV WILL NOT ALLOW MY ORDINARY (NON-CORP) NGO TO OPEN A BANK ACCOUNT, SO OUR 1ST DONOR MRS. JOY FAISAL C/O HER ATTORNEY BARRISTER NAUSOA HA WIRED VIA SWIFT MT103 $4,500,000 USD TO MY PERSONAL ACCT ON 23 JULY 2024. BUT GOV VIA FED BANK CONFISCATED THESE FUNDS AND DID NOT PERMIT TRANSFER TO MY ACCOUNT. MACU (MY BANK), SWIFT, NY BANK OF MELLON (CORRESPONDING BANK) WILL NOT TRACK TRACE OR COMPLETE THE TRANSFER. OUR NGO ISSUED 1 TRILLION USD WORTH OF NGO COINS TO EXCHANGE FOR DONOR FUNDS. GOV IS BLOCKING ALL OPP-

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

FINANCIAL INJURY 1 TRILLION USD WORTH OF NGO COINS ON BLOCK GAIN EXCHANGE.

NOTE: IN 2023 OUR NGO COINS WERE TRADING (1 TO 1 W/USD. IN 2024 WITH OVER $39 BILLION USD IN ASSETS EXCHANGED FOR LANDS USING OUR NGO COINS, OUR COINS ARE TRADING 2 USD = 1 NGO COIN. TOTAL FMV TO DAY 2 TRILLION USD WHICH GOV WILL NOT PERMIT TO BE EXCHANGED AS DONORS DONATE THEIR COUNTRY CURRENCIES. REAL FINANCIAL + PERSONAL INJURY.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I AM ASKING FOR
1. IMMEDIATE RELEASE OF $4,500,000 USD SENT TO BE DELIVERED TO MY ACCT IMMEDIATELY W/OUT DELAY.

2. I DEMAND RESPONSE "WRITTEN" TO ACCEPT AND ACKNOWLEDGE MY RIGHT TO EXIST AS A LOVING LIVING SOUL OUTSIDE THE GOV SYSTEMS TO ENSLAVE BY CONTRACT AND TRAVEL UNFETTED AND FREE WORLD WIDE NO VISA REQUIRED FOR ME AND ALL MY DONORS

3. I DEMAND FINANCIAL COMPENSATION + DAMAGES ALLOWED FOR HARDSHIP BOTH FINANCIALLY + EMOTIONALLY KNOWING THE TRUTH + FACTS BY GOV IS IN THE BUSINESS OF FOR PROFIT ENSLAVE TRADE.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 20 AUG 2024

Signature of Plaintiff

Printed Name of Plaintiff: DONALD TROY HORTON

### B. For Attorneys

Date of signing: _____

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address
_____ City _____ State _____ Zip Code
Telephone Number
E-mail Address