# United States District Court
for the
______DISTRICT OF UTAH CENTRAL DIVISION______

| | | |
|---|---|---|
| **Donald Troy Horton** | ) | **RESPONSE TO REPORT AND** |
| Plaintiff | ) | **RECOMMENDATION TO DISMISS** |
| -v- | ) | **ACTION PURSUANT TO** |
| | ) | 28 U.S.C. 1915 |
| **United States of America et al** | ) | |
| Defendants: | ) | |
| President: **Joseph R. Biden** | ) | Case No. 2-24-cv-00602 |
| Vice President: **Kamala Harris** | ) | |
| Secretary of State: **Anthony J. Blinken** | ) | District Judge Jill N. Parrish |
| Attorney General: **Merrick Garland** | ) | |
| IRS Commissioner: **Danny Werfel** | ) | Magistrate Judge Daphne A. Oberg. |
| Lt. Gov. Utah: **Deidre Henderson** | ) | |

## RESPONSE TO REPORT AND RECOMMENDATION TO DISMISS ACTION PURSUANT TO 28 U.S.C. 1915

The **Court** has been asked in this case to make right some wrongs by written order. Acknowledging the greivances, that have occurred in the life, liberty and pursuit of happiness guaranteed to the Platiff as stated in the Declaration of Independence, second paragraph of the first article.

These key words in the foundational documents outlines the principles upon which the nation was founded a.k.a. established. They include all unalienable rights, which as you know is a fundamental freedom or right that is inherent to all individuals and cannot be taken away or denied by any individual or government.

Yet it has been denied by the former government (Biden Presidency) land other gov officials listed as Defendents in the following instances. Outlined in my initial filings which wrongs a.k.a. failings involve as my CLAIMS:

1) Duty, of Government (a.k.a. now this court by virtue of this case having been filed) to formally, respectfully honor in writing, acknowledging these Defendents have totally failed in

their Duty to respond, accept, acknowledge accordingly in writing. Therefore, the court should:

i) ACKNOWLEDGE the Platiff's right, now as an adult over the age of 21, to claim his unalienable rights to live and enjoy his freedom, the pursuit of life, liberty and happiness; which rights were completed, demanded with his Affidavit of Repudiation of Cititzenship previously written, sent by certified mail, and delivered to the Defendants in 2024.

ii) ACKNOWLEDGE the Plaintiff's right to formally end, nullify, void the following CORPORATE FICTION CONTRACTS (Birth Certificate, Citizenship, Drivers License, US Passport; which indentify him as a Subject, Chattle Property Status of Government).

iii) ACKNOWLEDGE and Order the Plaintiff's right to live "Unfettered and Free" under Laws of GOD (Guiding Our Divinity) "Lawfully" as Platintiff's live record of birth right to pursuit of life, liberty and happiness provides effectively and efficiently. Without any "Legal" contracts seeking to convert, usurp and replace birth rights granted by GOD to the Platintiff as a "Gift From God To His Parents" (as clearly stated in the Plaintiff's Affidavidt of Repudiation of Citizenship in 2024). Which rights include the "Right to Travel" domestically and or internationally without a US Passport by virtue of His "Joint-Heir" status with GOD as acknowledged by Plaintiff's live record of birth (upper and lower case full name Donald Troy Horton); signifying the "Unfettered & Free" Man.

Resulting in this case to so order in writing, under the Federal Rules of Civil Procedure; Rule 23(f) which requires the party notified to respond within 45 days if the United States is a party.

Having done my best as a pro-se Plaintiff, I Motion the Court to so order in writing 1 (i-iii) above; 2 and 3 below; acknowledging by tacit agreement, or implied consent, arising from a lack of response within a certain timeframe (45 days); under the principles of Default Judgment (Rule 55) and Motion to Strike Rule 12(f) in the Federal Rules of Civil Procedure for any problematic material, lack of civil

procedure that this court may have found in my writings, evidence, so you can focus on the relevant issues in this case and order accordingly.

ORDER CONTRACTS (items 2) and 3) below) "LEGALLY" BROKEN. This court by ORDER in writing under Common Laws you follow for all those willing to operate "Legally" which includes the right and ability to deceive, lie and unalive people at will within GOV to serve the best interests of Politicians and GOV Officials, employed Agencies and Officers, not of We The People;s best interests as protected by the U.S. Constitution, now hanging by a thread in the Plaintiff's opinion.

Item: 2) Citizenship, a contract that was created virtue of my Parents signing my Birth Certificate without my authorization or consent.

Item: 3) Birth Certificate, creating my all caps letters name, a CORPORATE FICTION, upon which has entitled the GOVERNMENT to view my person as a "Subject" or "Chattle Property" duty bound to uphold the man-made Maritime Laws; Common Laws; Rule of Laws; and Color of Laws (constantanly changing laws) to ensure the "Human Trafficking and Enslave Trade" continues; with man made inflation, scarcity, taxation, permission, permits, degrees, licenses, and other fees. Which fees since the founding our our Nation have become so burdensome that my Affidavidt of Repudiation of Citizenship is my formal notice and demand to be set free from this now totally corrupted GOV system (in my opinion). See original filing for this document.

Therefore let the Court ORDER (REMEMDY):

a) The "Legal" right for the Plantiff to break these contracts and live under Laws of GOD (Guiding Our Divinity); a life unfettered and free akin to the Declaration of Indenpendence language in the pursuit of life, liberty and happiness away from the GOV's intentionally crafted world of ongoing deception, lies, and unaliving going on upon all We The People.

Plantiff, believing with court now acknowledging by order, all corporate contracts have been

broken, Resulting from Plaintiff's filing and notice of Affidavit of Repudiation of Citizenship formally sent by registered mail on April 5, 2024 to the Defendents. All listed who have failed to do their duty and reply in writing granting Plaintiff's requests.

b) The "Legal" effectiveness by tacit agreement of Plaintiff's Affidavit of Repudiation of Citizenship, under common law, which concurs after 45 days, if no response the requests made are accepted tacit agreement. Thefore, this action by the court giving written notice the Plaintiff is to be considered by all GOV Officials as "OUTSIDE THE SYSTEM" placed on all GOV systems under the DO NOT DETAIN LIST.

WHY?

Because without written notice of status from the GOV or this Court more unwanted incidences like the following could and likely will happen.

On February 28, 2025 the Platintiff was living life as an unfettered and free travelor in his private | automobile through the state of Arizona as guaranteed and protected for all Citizens of the United States to travel nationwide (all 50 states), if not in commerce, under the 14th Amendment priveleges and immunities clause to travel unfettered and free. Which Police officers ingnored this basic constitutional right. The state of Arizona having created state statutes and codes under color of law to "legally" turn this right to travel into a priviledge for a fee (a glimpse into the widespread corruption of GOV operating under Color of Law).

The stop resulted in unlawful detainment, unlawful arrest, unlawful search and seizure and one night in jail with physical and personal property damage ensuring Plaintiff has no rights to life, liberty and the pursuit of happiness simply because the Plaintiff did not possess or present a vaild in-contract drivers license, plates, tags, registration and insururance for traveling in his private automobile. Addendum 1.

Without this COURTS ORDERS being requested, there is and will be potentially be many unwanted

and unneccessary occurances of this type. Because Plaintiff has no CONTRACTS with GOV, unless this court orders so OFFICERS and GOV Agents are given written notice there is no contract needed. If Plaintiff's had done their Duty, as GOV Officials, this 28Feb2025 event would not have happened.

While not explicitly stated in the Constitution, the principle of "life, liberty, and the pursuit of happiness" is reflected in the Consitution's protection of due process, which prevents the government from depriving individuals of life, liberty, or property without due process of law as found in the Fifth and Fourteen Amendments of the U.S. Constitution.

1983 and 1985, established in support of enforcing/ensuring Plaintiff's U.S. Constitutional Rights to:

1. "Life, Liberty and the pursuit of Happiness" as found in the United States Declaration of Independence. Three examples of the unalienable rights given to all "We The People" living by the gift and grace of their Creator; which all government entities were created to protect; uphold and ensure in the "Legal system" established as governenment entities. Basis for this case:

   **CLAIM 1 - FAILED DUTY:** Plaintiff has received no acknowledgment or written reply to notices and demands of GOV to ensure unalienable rights; as designed and understood was intended by the founding Father's and to be extended to Plaintiff as part of "We The People". As self-evident in the Plaintiff's written and public notices delivered by USPO Registered Mail received by all parties listed above between the months of April and May 2024. All have gone without formal reply acknowledging and/or accepting in a "legally" timely manner by any one of the Senior GOV Officials notified above by Registered Mail with Return Receipts Signed for.

   **As a result extreme unnecessary, totally avoidable, hardship was incurred by Plaintiff.**

   a. The Plaintiff's Right to Life. Thrive, receiving Donor's funds to Join as Members of ESGTA.

   b. The Plaintiff's Right to Liberty. Gov having received Affidavit of Repudiation of Citizenship.

   c. The Plaintiff's Right to Happiness. Established by BlockGAIN.exchange as "Informal" NGO.

---

**CLAIM 2 - INJURY** Plaintiff has been damaged financially by GOV not cooperating in 1.

a. Noting GOV Officials were notified in writing of 1.a and failed to reply with any written notice to Plaintiff acknowledging; or known written notice to any GOV Authorized or Licensed Banking Agencies to not interfere with Trustee compensation and/or Donor's funds being transfered into or out of Plaintiff's accounts for supporting NGO memberships signing up. Over 1,000 pledges signed with Capital Commitment Pledges exceeding $8.5M USD, which includes one MT103 SWIFT Wire Transfer that didn't complete for $4.5M USD.

b. Plaintiff demanded in Affidivit of Repudiation of Citizenship to become Trustee of his Cestui Que Vie Trust associated to Plaintiff's Birth Certificate CUSIP Bonds and Social Security Number. The CQV Trust initially set up, secured and managed by the Federal appointed Trustee Government in Platiff's ALL CAPS Corporate Ficition Name created, effective immediately. 6 months now due in arrears totaling $180,000 USD (July-December 2024) as compensation of $30,000. per month due as Trustee Payments to manage Plaitiff's Trust Lawfully, of legal age.

c. Plaintiff gave one major Donor (Joy Faisal) his bank account Information to deposit Donor's funds solely supporting perpetual sustainable growth of the Plaintiff's "Informal" NGO BlockGAIn.exchange and "Ordinary" NGO ESGTA . As a result the first Donation in the amount of $4,500,000 USD sent by SWIFT MT103 Wire Transfer on 23 July 2024 was held by U.S. Apex Bank (FedWire) and never delivered to Platintiff's account to complete the transfer successfully. Even after receiving AML/KYC documentation requested.

d. Noting the NGO ESGTA upon establishment issued 1 Trillion NGO which were being traded in 2023 1 to 1 USD with initial donor pledges, in exchange for 75% of $4M USD Donation pledged to acquire (25%), develop (25%), maintain (25%) lands, islands and IP with fractional Joint-Heir co-ownership of our NGO Assets; which include today 12,000 Hectares of land

secured by Contract by issuing another 800 Million NGO Coins to the Land Owner in East Java Indonesia, established initial value of our Asset Backed Tokens in Pre-ICO-BlockGAIN.exchange Stealth-Word-Of-Mouth-Mode growth.

The fact Plaintiff's 1st Major Donor in USA efforts (Mrs. Joy Faisal) was unable to exchange her funds ($4.5M USD); sent by MT103 SWIFT Wire Transfer on 23 July 2024; for our NGO Coins trading in 2024 for $2 USD to 1 NGO Coin (750,000 NGO Coins for $2M General Partner Membership and 1,125,000 NGO Coins for $4.5M USD as Part 2 Expansion Donation at 90% of the Part 2 Donation) further proves the US Federal Government by not doing their job "legally", made it possible for the U.S. Apex Bank to hold funds and not permit the transfer to complete issuing an IMAD number to complete the last leg of the transfer. Effectively NOT allowing these Donor funds to be received falsely gave the U.S. Reserve Bank the opportunity to hold funds and claiming a "Legal" Right to interfere with our NGO Activities which the State Department is clear in its "Legal" Framework section of it notice on informal NGO's the GOVERNMENT has NO JURISDICTION nor any of it's Licensed or Authorized Agencies (including Banks) to do what was done by not completing the MT103 Transfer. Please see "The T-Chart of Life Balanced" and "Calling All GP's" documentation to know fully.

e. Had the GOV Officials notified in writing "Legally" done their Job to meet Plaitiff's lawful demands; changing Citizenship status and giving written notice to all parties involved; none of the afore mentioned would have resulted in financial hardships presently being experienced.

**REQUESTS FOR FURTHER RELIEF:** ***= With No Crimes Committed**

1. A Court ORDER to confirm as "legal" documentation going forward the Plaintiff's "Lawful Right" to no longer exist as a "Citizen" "Corporate Fiction" "Chattel" of USA.

A) By this ORDER lawful notice Plaintiff is a "Loving Living Soul" operating under

Laws of GOD (No Longer in Contract with GOV nor under GOV Jurisdiction*).

B) By this ORDER lawful notice Plaintiff's God Given Rights To Travel Unfettered and Free. (No Longer in Contract with GOV nor under GOV Juridiction*).

C) By this ORDER lawful notice Plaintiff's Citizenship on Passport Status is to be changed to NGO Diplomatic Immunity. Travel Status Domestically & Internationally.

2. A Court ORDER to demand the US Treasury and/or US Courts, are authorized to pay Plaintiff all Trustee Management Fees out of Platiff's Cestui Que Vie Trust assets in a Timely Monthly Basis on the 1st of of each month $30,000 USD on-going until death.

   A) By this ORDER the first payment including $180,000 USD as payments due in arrears July through December 2024.

3. A Court ORDER to "Legally" notify all GOV Authorized Agencies, including Banking that Plaintiff's Informal and Ordinary NGO's, BlockGAIN.exchange and ESGTA, are EXEMPT from Taxation, Fines and/or Fees associated with "Legal" Statutes and Codes.

4. A Court ORDER to award damages for hardship authorizing the U.S. Treasury and all Centralized Banking Systems to "Lawfully" acquire up to 1 Trillion NGO Coins on a 1 to 1 USD Basis with BlockGAIN.exchange on cooperative behalf of ESGTA Sovereign Wealth Funds. Which means once holding, the US GOV will benefit on a global basis & pay down "Citizens" and "GOV" Debts. Knowing as these asset backed NGO Coins are going up in value as membership increases and more lands, islands and IP are being acquired, developed, maintained as managed by ESGTA Sovereign Wealth Funds, and ESGTA members, with DLR Joint-Heirs co-owning. All NGO Coins exclusively yet inclusively Traded on the BlockGAIN.exchange for any and all Country Fiat Currencies and/or approved Web3.0 Digital Currencies trading under SEC 1933 and 1934 Act work.

5. A Court ORDER acknowledging EQUITISM as our new civil society has right to exist with game changing advantages of EQUAL PAY FOR ALL WORK in our NGO's. Annual Loving Redeembers (ALR) and Decade Loving Redeembers (DLR) being allocated EQUITISM a.k.a. E=Coins of ESGTA paid as non-taxible Web4.0 Tokens in exchange for Members labors 4 hours per day, for being people 1st focused helping other Members ACHIEVE their Ontological and Physiological Peak Performing Self. All Members engagiing with AIM / MISSION to IMPROVE THINGS. End Poverty for all disadvantaged kids (young and older) by 2035 or as soon as possible thereafter. For all General Partners (GP's) & Limited Partners (LP's) memberships growing globally. Cooperation to balance all things with both Pyramid and Circle of Life models existing.

TURNING LEMONS INTO LEMONADE:

The opportunity of this court is to create a WIN WIN WIN NO LOSERS Approach with orders requested granted. Or keep Winner's and Loser's upholding the Human Trafficking and Ensalve Trade.

HOW?

See Addendum II an "olive leaf" in financial gain was "GIFTED" to the US GOV department of the treasury as outlined in Addendum II to Secretary Scott Benett with notice to President Donald Trump.

WHY?

Why will this "GIFT" benefit the USA? Because as the value of our asset backed "BE" tokens go up in value acquiring lands and membership world wide with more and more We The Loving Living People in each Country participating, the benefit over time will potentially pay off the U.S. National Debt and Debt of all U.S. Citizens if and when our asset backed "BE" Coins hit around $200 USD per coin. The perfect way to fend of any and all attempts by the BRICS Alliance Countries to dump the USD and crash or end our our economy intentionally.

**CERTIFICATION & CLOSING:**

This document serving as Plaintiff's RESPONSE TO MOTION TO DISMISS by Judge Daphne Oberg on 21 April 2025. Thank you for reading and RESPONSE Temporarily granting (2) Motion to Waive Filing Fee. I Donald-Troy, Horton; do hereby certify that this declaration under Laws of God in support of Laws to the Court that everything in this grievance complaint is true.

X________________________________ Dated 6-May-2025

Plaintiff:
Donald-Troy, Horton
6429 W Copper Hawk Dr,
South Jordan, UT 84009
(801) 300-7742 ESGTA ID: 111-30111961-12062023

Case: 2:24-cv-00602-JNP-DAO
Assigned to: Parrish, Jill N.
Assign. Date: 9/24/2024
Assisted by: Oberg, Daphane A.
Assign. Date: 8/20/2024

I notary signed below, acknowledge that it was Donald Troy Horton who appeared before me and signed this document being sent as RESPONSE to MOTION TO DISMISS via USPS Mail.

STATE OF MISSISSIPPI
COUNTY OF STONE

Sworn to and subscribed before me the above named

______________________________

______________________________

this 7 day of May, 2025

Deputy Chancery Clerk, Stone County
NOTARY PUBLIC

CHANCERY CLERK OF STONE COUNTY MISSISSIPPI

ADDENDUM I

# STATE OF ARIZONA
## COUNTY OF COCHISE – JUSTICE COURT #4

| | |
|---|---|
| **Donald Troy Horton**<br>Defendant Challenging Juridiction & Merit<br><br>-v-<br><br>**STATE OF ARIZONA**<br>Plaintiffs:<br><br>Cochise County Attorney: **Lori A. Zucco**<br>Duputy County Attonrey: **Ruth Falkner**<br>ADPS Trooper: **E. Mercer #11151**<br>ADPS Troper: **J. Fishbeck #11436**<br>ADPS Troper: **S. Hareid #Hareid**<br>ADPS Troper: **M. Rivera #11618**<br>ADPS Troper: **J. Watson #11509**<br>ADPS Sergeant: **J. Richardson #6122**<br>Wilcox PD: **D. Lohse #WPD201**<br>Wilcox PD: **K-9 Officer B. Poblete #222**<br>Wilcox Police: **Chief D. Hadfield #W262**<br>CCSO: **Deputy R Duranzo #C151**<br>CCSO: **R Robinson CCSD #1638 Unit 247**<br>SEAC Officer: **Z Jimenez SEAC-** | **MOTION TO DISMISS Challenging Jurisdiction & Merit**<br>**ACTION PURSUANT TO RULE 12(b);**<br>**SUBJECT MATTER JURIDICTION 12(b)(1);**<br>**PERSONAL JURISDICTION RULE 12(b)(2);**<br>**IMPROPER VENUE RULE 12(b)(3);**<br>**INSUFFICIENCY OF PROCESS 12(b)(4);**<br>**INSUFFICIENCY OF SERVICE 12(b)(5);**<br>**FAILURE TO A VALID CLAIM 12(b)(6);**<br>**SUBVERTING TITLE 18 U.S. CODE § 2381;**<br>**SUBVERTING TITLE 18 U.S. CODE § 2383;**<br>**SUBVERTING 14th AMENDMENT P&I Clause**<br>**SUBVERTING ARTICLE III USC Injured Party**<br><br>**MOTION TO FILE FELONY SUITS ON PLAINTIFFS 42 U.S.C. §1983; 18 U.S.C. §242; BIVENS DOCTRINE**<br><br>Case No. I25022887 Initial Stop/Arrest<br>Case No. 4CM202500035 Subsequent Tac-ons.<br><br>**AZ Magistrate Judge: Trevor J. Ward.**<br>Date of MOTIONS: 3 May 2025 |

**MOTION TO DISMISS – CHALLENGING JURISDICTION & MERIT**

Defendant hereby challenges the courts's power to exercise authority over this case noting five points. plus extra 1.

1. Defendent has no connection to, nor contracts with, the state of Arizona.

2. Defendent was not in the state when notified by pre-trial call on April 17th 2025 with no judge present so defendant could object or motion for dismissal on the call. Only the prosecutor was present notifying the Defendent this case is going to trial nNOT in accordance with rules of civil procedures, nor due-process, but "accepted practice."

3. Defendent is entitled to Fairness: ensuring that defendant is not forced to appear in a fourum where he has no connection, which Plaintiff's venue in Arizona would be unfair and burdensome creating unnecessary increased hardship as a pre-trial compounding punishment being intentinoally inflicted to take advantage.

4. Defendent is/was a travelor, traveling in his private automobile as protected by 14th Amendment under the Priveledges & Immunity clause. **Not a driver for hire**, nor moving goods in commerce wherein a driver's license, plates, tags, registration is constitutionally required. The basis of this case if proceeding under color of law, not common law is potentially fraudulent acts, made null and void by the Constitution.

5. Defendent does not voluntarily consent to appear in court as the presecutor has required for either the June 17th, 2025 hearing or June 30th, 2025 jury trial; as any appearance will imply consent under duress while applying coercion, with extreme financial losses incurred as pre-punishment to imposed appearance. For this matter in which there is no lawful jurisdiction, nor merit justification, nor due-process; if this case if being processed in accordance and compliance to the Federal U.S. Constitutional Laws. The basis upon which all state laws are required to adhere to, not seeking to circumvent or subvert, which state statutes and codes being alledged violated in this case are in direct conflict. Creating intentional exacerbation in an attempt to compound the frauds being purpetrated upon the Defendent by a lower court whose Jurisdiction and Judge is not acting in compliance with, if proceeding, nor acting as an Article III Judge, all parties clearly knowing there is no injured party from which to bring alledged crimes to either court date ruling. The only injured party is the Defendant for felony acts by officers.

AFFIDAVIDT of Donald-Troy Horton in support of MOTION TO DISMISS dated 3 May 2025

It was Carl Miller, a well known Patriot and defender of "Liberty & Freedoms" for all "We The People" guaranteed by the U.S. Constitution who in many Arizona and other State courts prevailed (turning color of law wrongs into rights) by saying.

"I am an unfranchised Common Law freeman. I am not a participant in any pyramid schemes, limited liability, joint venture, private with insurable interest requiring me to participate in these Corporate ponzi schemes. I am just a little joe from Kokomo I live on the block. I travel with the Common Law. I have a right to travel free unincumbered pursuant to Shapiro vs Thompson. And that right is so basic it doesn't even need to be mentioned. The State of Arizona arbitrarily and erroneously converted my right into a privilege and issued a licenses plate and fee for it

Murdock v Pennsylvania No state may convert a secured liberty and impose a fee for it, "A state will not impose a charge for the enjoyment of a right granted by the Federal Constitution."

In fact, no state may convert a secured liberty into a privilege and issues a license and a fee for it. And if they do.

Shuttleworth v Birmingham Alabama says I can ingnor the license and engage with rainment impunity. "freedoms to the prior restraint of a license, without narrow, objective and definite standards to guide the licensing authority is unconsitutional."

That means you can't punish me.

Since I have relied on previous decisions of the U.S. Supreme Court, and on, Constitutional defenses I have a perfect defense for willfulness. I am immune to the prosecution. Therefore, prosecution council does not have a cause of action for which leave for me granted. Therefore, I MOTION for dismissial with prejudice for neferious state of cause of action for which relief leave me granted. I'd kinda like to collect my costs and fees for having to defend this frivolous case."

SUMMARY STATEMENT BY DEFENDENT:

I am a retired man, 63 years old, on a fixed income not consistent with meeting the "above poverty threshold" line in retirement income from which the IRS even requires others to file taxes. I repeat Carl Miller's words on my cases behalf.

Therefore, if the court will not grant this case to be dismissed without prejudice, I WILL BE LEFT TO MOTION FOR ALL COURT APPEARANCES SCHEDULED FOR (HEARING AND JURY TRIAL) IN JULY TO BE HELD BY VIDEO CALL ONLY. No in person visits required, unless the court is willing to send sufficient funds to my account to cover costs of travel back to the state of Arizona, for which I would be happy to appear in person without financial and emotional hardship imposed. I am currently in Mississippi. If the court agree's to pay my travel expenses, upon appearing, further disregards Consitutional laws and finds me guilty of said allegations of crimes committed knowing the above, I will certainly appeal to an Article III court which I am confident will uphold the U.S. Constitution as supreme laws which make your state laws null and void the day they were written. I reserve the right to MOTION for a change of venue to an Article III court if Judge Ward does not grant this motion to dissmiss pursuant to this MOTION challenging jurisdiction.

NOTING: I am a member of the WWOOF.org program. Which is a not profit in USA which enables me to travel from one of many organic farms in America to another, as volunteer. In exchange for my services maintaining the upkeep of gardens, livestock and other farm matters a few hours a day I receive free room and board, which is the only way my retirement income stretches to meet family support after divoce and other monthly living expenses (no vacations) until my daughter reaches the age of 18 and/or her mother remairries. I am not in contract with any state from which commercial gain is being received to justify constitutionally a charge me to be required to pay a fee for plates, tags, registration and insurance.

X [signature]
Dated 3-May-2025 (Motion to Dismiss, Change Venue, File Lawsuit)

Signature of Donald-Troy, Horton
6429 W Copper Hawk Dr.
South Jordan, UT 84009
(801) 300-7742

Case: 125022887
Case: 4CM202500035
Assigned to: Judge Trevor J. Ward
Assign. Date: 2/28/2025 Assign Loc: Wilcox Justice Court #4.

I notary, acknowledge the foregoing is true and accurate statements delivered to me for witness by the signer named above as defendent.

NOTARY Stamp, printing and mailing (in addition to emailing) to Judge Ward and Prosecution:

Colleen Ecklar

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 125140
COLLEEN ECKLAR
Commission Expires
Aug. 22, 2026
STONE COUNTY

EXHIBIT 1
DATE 4.17.19
HB HJ 62

CORPUS DELICTI

"For a crime to exist, there must be an injured party (Corpus Delicti) There can be no sanction or penalty imposed on one because of this Constitutional right." Sherer v. Cullen 481 F. 945;

Supreme courts ruled "Without Corpus delicti there can be no crime""In every prosecution for crime it is necessary to establish the "corpus delecti", i.e., the body or elements of the crime." People v. Lopez, 62 Ca.Rptr. 47, 254 C.A.2d 185.

"In every criminal trial, the prosecution must prove the corpus delecti, or the body of the crime itself-i.e., the fact of injury, loss or harm, and the existence of a criminal agency as its cause. " People v. Sapp, 73 P.3d 433, 467 (Cal. 2003) [quoting People v. Alvarez, (2002) 27 Cal.4th 1161, 1168-1169, 119 Cal.Rptr.2d 903, 46 P.3d 372.].

"As a general principal, standing to invoke the judicial process requires an actual justiciable controversy as to which the complainant has a real interest in the ultimate adjudication because he or she has either suffered or is about to suffer an injury. " People v. Superior Court, 126 Cal.Rptr.2d 793.

"Without standing, there is no actual or justiciable controversy, and courts will not entertain such cases. (3 Witlen, Cal. Procedure (3rd ed. 1985) Actions § 44, pp 70-72.) "Typically, ... the standing inquiry requires careful judicial examination of a complaint's allegations to ascertain whether the particular plaintiff is entitled to an adjudication of the particular claims asserted. " (Allen v. Wright, (1984) 468 U.S. 737, 752... *Whether one has standing in a particular case* generally revolved around the question whether that person has rights that may suffer some injury, actual or threatened. " Clifford S. v. Superior Court, 45 Cal.Rptr.2d 333, 335.

SEVEN ELEMENTS OF JURISDICTION:

1. The accused must be properly identified, identified in such a fashion there is no room for mistaken identity. The individual must be singled out from all others; otherwise, anyone could be subject to arrest and trial without benefit of "wrong party" defense. Almost always, the means of identification is a person's proper name, BUT ANY MEANS OF IDENTIFICATION IS *EQUALLY VALID IF SAID MEANS DIFFERENTIATES THE ACCUSED WITHOUT* DOUBT. (There is no constitutionally valid requirement you must identify yourself, see 4th Amendment; also see, Brown vs. Texas, 443 US 47 and Kolender v. Lawson 461 US 352.)

2. The statute of offense must be identified by its proper or common name. A number is insufficient. Today, a citizen may stand in jeopardy of criminal sanctions for alleged violation of statutes, regulations, or even low-level bureaucratic orders (example: colorado National Monument Superintendent's Orders regarding an unleashed dog or a dog defecating on a trail). If a number were to be deemed sufficient, government could bring new and different charges at any *time by alleging clerical error. For any act to be triable as an offense, it must be declared to be a* crime. Charges must negate any exception forming part of the statutory definition of an offense, by affirmative non-applicability. In other words, any charge must affirmatively negate any exception found in the law.

3. The acts of alleged offense must be described in non-prejudicial language and detail so as to enable a person of average intelligence to understand nature of charge (to enable preparation of defense); the actual act or acts constituting the offense complained of. The charge must not be described by parroting the statute; not by the language of same. The naming of the acts of the offense describes a specific offense whereas the verbiage of a statute describes only a general class of offense. Facts must be stated. Conclusions cannot be considered in the determination of probable cause.

4. The accuser must be named. He/she may be an officer or a third party, but some positively identifiable person (human being) must accuse; some certain person must take responsibility for the making of the accusation, not an agency or an institution. This is the only valid means by which a citizen may begin to face his accuser. Also, the injured party (corpus delicti) must make the accusation. Hearsay evidence may not be provided. Anyone else testifying that they heard that another party was injured does not qualify as direct evidence.

5. The accusation must be made under penalty of perjury. If perjury cannot reach the accuser, there is no accusation. Otherwise, anyone may accuse another falsely without risk.

6. To comply with the five elements above, that is for the accusation to be valid, the accused must be accorded due process. Accuser must have complied with law, procedure and form in bringing the charge. This includes court-determined probable cause, summons and notice procedure. If lawful process may be abrogated in placing a citizen in jeopardy, then any means may be utilized to deprive a man of his freedom, and all dissent may be stilled by utilization of defective process.

"The essential elements of due process are notice and an opportunity to defend. "Simon v. Craft, 182 US 427

"one is not entitled to protection unless he has reasonable cause to apprehend danger from a direct answer. The mere assertion of a privilege does not immunize him; the court must determine whether his refusal is justified, and may require that he is mistaken in his refusal. "Hoffman v. United States, 341 U.S. 479 (1951)

7. The court must be one of competent jurisdiction. To have valid process, the tribunal must be a creature of its constitution, in accord with the law of its creation, i.e., Article III judge. Lacking any of the seven elements or portions thereof, (unless waived, intentionally or unintentionally) all designed to ensure against further prosecution (double jeopardy); it is the defendant's duty to inform the court of facts alleged for determination of sufficiency to support conviction, should one be obtained. Otherwise, there is no lawful notice, and charge must be dismissed for failure to state an offense. Without lawful notice, there is no personal jurisdiction and all proceedings prior to filing of a proper trial document in compliance with the seven elements is void. A lawful act is always legal but many legal acts by government are often unlawful. Most bureaucrats lack elementary knowledge and incentive to comply with the mandates of constitutional due process. They will make mistakes. Numbers beyond count have been convicted without benefit of governmental adherence to these seven elements. Today,



informations are being filed and prosecuted by "accepted practice" rather than due process of law.

Jurisdiction, once challenged, is to be proven, not by the court, but by the party attempting to assert jurisdiction. *The burden of proof of jurisdiction lies with the asserter. The court is only to* rule on the sufficiency of the proof tendered. See, "McNutt v. General Motors Acceptance Corp, 298 U.S. 178 (1936). The origins of this doctrine of law may be found in "MAXFIELD v. LEVY, 4 U.S. 330 (1797), 4 U.S. 330 (Dall.) 2 Dall. 381 2 U.S. 381 1 L.Ed. 424

NO VICTIM., NO CRIME!!!!

ADDENDUM II

ESGTA Sovereign Wealth Fund ``` BlockGAIN.exchange
Indra Firdi Anindya – Co Founder DR "Don" HORTON - Founder

ESGTA
*Energy (of You) Sovereign Governed Travel Authority*

February 5, 2025

The Honorable Scott Bessent
Secretary
Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

Dear Secretary Bessent:

Having recently read the potentially politically motivated concerns in the letter by Senator Ron Wyden dated January 31, 2025; I am please to start this letter with good news to share. Perhaps the best news of 2025.

The Sovereign Wealth Fund of ESGTA, an "ordinary" NGO established 12 June 2023, based in East Java Indonesia has authorized 500,000,000,000.00 (FIVE HUNDRED BILLION) to be conditionally delivered to the US Treasury. This represents half our asset backed NGO Coins issued and going up in value exclusively yet inclusively, until this letter, on the BlockGAIN.exchange (in pre-ico-stealth-launch-delivery-mode). BlockGAIN.exchange is our "informal" NGO established 5Apr2024 as Web4.0 "Anti-Fraud" SOLUTION to IMPROVE THINGS. Trading $2 USD to 1 NGO Coin today. The US Treasury fair market value equivalent is 1 Trillion USD. With +$100 USD per coin possible by 2029 simply by cooperating, accepting this letter of intent.

These NGO Coins are digital asset, backed by the lands, islands and IP we are acquiring world-wide. Conditionally allocated for distribution in exchange solely for USD or BTC today. To be received by the Department of the Treasury on a world-wide basis as per the conditions mutually agreed by ratified treaty, hereinafter, known as allodial title lands, islands and IP, co-owned by all We The People as members of ESGTA. You and President Donald J. Trump are invited, but not required, to accept or agree by officially signing this LOI received by me. If by formally signed acceptance you choose to include a public news announcement, may I ask the setting be similar to that made by SoftBank CEO Masayoshi Son on December 16, 2024 wherein $100 billion investment commitment is to be made into the US economy over the next fours years.

Your reply in writing to accept or reject, though not required, within the next 45 days, the "Legal" timeline by common law. Our way forward to ensure "WE THE PEOPLE" operating under Laws of GOD remain in our Joint-Heir with GOD "Unfettered & Free" status world-wide cooperating to IMPROVE THINGS.

If no reply is received formally in writing over the next 45 days from the signed receipt of this letter delivered by certified mail receipt and registered mail of USPS, under the "Common Law" which the U.S. Constitution was written for all "We The People" to uphold, will be consider as accepted by tacit agreement.

The why? It is my opinion, there has never been in the history of our world a more progressive movement in technology advancements than is going on right now with AI, GCI, Web3.0 and other technology innovations all promoting Debt, laced with Fraud and ensuring trace, track, contronl of the Human Trafficking and Enslave Trade. It is reaching an all time high world wide. Is it the "One World Order Agenda" believers are financially backing this disruptive movement to further strip away human rights of We The People? Is the BRICS Alliance AIM trying to devalue the U.S. Dollar trading world-wide to further separate Eastern from Western GOV trade ideologies? No matter which side one aligns themselves with, almost all are operating under man made fallible laws, which GOV's not GOD, governs. Perfectly imperfect all are we, do you agree? Perhaps there is a need to change our thinking to something more aligned with GOD's unconditional love and ways. Was

it not GOD who proved He is GOD, at the tower of Babel event by creating all the languages? Was this move not to further decentralise all the people's thinking, speaking and ways to create amazing cultures and opportunties worthy of existing for all to experience and see as GOD's children split up and mirgrated throughout this world?

Kindly show thy native servant favor, receiving this letter of intent as our "olive leaf" inviting all to the "GATHERING" of all "We The People" world-wide seeking to live and love under Laws of GOD (no deceiving, no lying, no unaliving by membership pledge). So as to remain truly "Unfettered & Free" even "Blessed" world-wide; living and loving wherein our education, health, wellness, prosperity and opportunities are found existing without discrimination of any kind added into the mix as we exchange together.

Our "Purpose in Life" is ingrained into our DNA, down to the ATOMIC & SUBATOMIC levels with inspiration, motivation and education given by GOD to all who are willing to:

1) Explore, 2) Experience, 3) Learn, 4) Thrive.

To many are just barely surviving. To many are far from achieving their ontological and physiological peak performing self. Why? I proffer it is simply because the conditionally loving and living appear to be the only loving allowed to be existing in this world as favored. Enforced by all GOVs laws, rules and regulations existing. I only ask the reason? Is it an effort to usurp the Throne of GOD by GOVs? Let this great Country GOV, known world-wide for Independence, LIBERTY and FREEDOM be the catalyst Country protecting the rights of all unconditionally loving people of GOD today, tomorrow and forever as well with interdependence. We The People of an Unconditionally Loving GOD are ready, willing, able to believe and follow in His LIGHT of LOVE, with you as the US GOV leadership, cooperating, not competing to hedge up or stiffle our way. May our cooperative efforts help usher in a "Millennial Reign"a.k.a. 1,000 years of peace and prosperity unlike the world has ever seen before, benefitting all. Could this be a legacy of the Donald J. Trump Presidency and team?

It is fallacy to say or believe another loving living soul is our "enemy." Please read my gift to you enclosed, "The T-Chart of Life Balanced". All living are as "Joint-Heirs" on this very planet called Mother Earth. GOD alone hath made her. GOD alone hath given her to all living hereupon as intelligences. Should we not be living with AIM and purpose to exist here peacefully together? Love the Lord thy GOD with all thy heart, might, mind and strength. Love thy neighbor as thyself (Mark 12:30-31). Upon these two commandments hang all the laws and the prophets. Let us all as perfectly imperfect people strive to change our thinking from conditionally loving alone, to embrace or "BE" the unconditionally loving as best we can "BE".

This offering by design to help support all "We The People" in a perpetually sustainabile manner under the decentralized laws of GOD alone. So all may ACHEIVE their ontological and physiological peak performing self. "Unfettered & Free" as unconditionally and conditionally loving living souls under Laws of GOD.

Thank you for your time and thoughtful (prayerful-meditative) consideration on this matter. God bless you.

Most Respectfully,

[signature]

CHRISTINA LINSCOTT
Notary Public - Arizona
Yavapai County
Commission # 650287
My Comm. Expires Jun 8, 2027

C Linscott 2/3/25

DR "Don" HORTON – New Civiil Society Architect & Engineer
Founder BlockGAIN.exchange | Co-Founding Member of ESGTA Sovereign Wealth Fund Committee on Finance. | USA Address: 6429 W Copper Hawk Drive, South Jordan, Utah 84009 | P 801-300-7742

BLOCKGAIN.EXCHANGE
AS LIVING UNFETTERED & FREE

**CONDITIONAL LOI OF ESGTA INVESTMENT BY PRESIDENTIAL EXECUTIVE ORDER AS RETIFIED TREATY FRAMEWORK.**

**Accepting**
**LETTER OF INTENT**
**Dated February 5, 2025**
**To Secretary of US Treasury Scott Bessent.**

1. US Treasury to receive from ESGTA Sovereign Wealth Fund 500,000,000,000. (FIVE HUNDRED BILLION) assset backed NGO Coins on or before the 45th day after 5 February 2025. NGO Coins to be exchange exclusively in exchange for USD or BCT. NGO Coins trading as of today $2 USD to 1 NGO Coin; received as Donations by Pledge of Membership in Pre-Launch-Mode.

2. ESGTA with all it's members growing world-wide (today in 10 Countries) on BlockGAIN.exchange, shall be "Unfettered & Free" while living, educating, working, playing, vacationing, traveling on or between one or more of our Allodial Title Lands, Islands & IP.

   1. Meaning, No Taxation, No Transfer, No Visa fees (a.k.a. No TTV Fees) applied by US GOV on any ESGTA Allodial Title Co-Owned Lands, Islands or IP fractionally co-owned by ESGTA DLR Active Members. Our NGO's w/o GOV oversight.

      a) in exchange US Treasury shall receive all the ODD Value Amounts above 3, 5, 7 etc. USD trading as the NGO Coins increase in value and are traded on "BE". Including all even and odd cents until the even dollar amount is achieved.

      b) in exchange ESGTA Sovereign Wealth Fund shall receive all EVEN Value Amounts (2, 4, 6 etc) USD trading as NGO Coins increase in value.and are traded on "BE". Including all even and odd cents until the odd dollar amount is achieved.

      c) intent to ensure "BALANCE" applying EQUITISM Principles and Benefits shared by both the United States of America as a Country and as Sovereign members of ESGTA living, working, playing, vacationing on Allodial title lands, islands and/or using "BE" IP under Laws of GOD alone, within the Country of the United States of America and with its Allies.

   2. Meaning, ESGTA Passports (3 in 1 "BE" Smart ID Cards) shall be accepted as valid official documents at all ports of entry into the United States of America as well as accepted by all cooperating US Allied Countries by Ratified Treaty.

   3. Meaning, NGO Coins will "BE" accepted as decentralized tendar exchangable for USD and/or BTC today for any and all transactions by ESGTA Members holding NGO Coins to acquire, develop, maintain fractionally co-owned "Joint-Heir" allodial title lands, islands and IP under Laws of GOD jurisdiction and not Common Law Jurisdiction (Deeded Titles).

   4. Meaning, EQUITISM Coins a.k.a. E=Coins shall only be exchanged for labor/services by Members to help other Members ACHIEVE their Ontological & Physiological Peak Performing Self while living, educating, working, playing, vacationing on or traveling between one or more of our Allodial Title Lands, Islands & IP ( No TTV Fees as stated above in 2.1).

      a) E=Coins shall not be exchangable for USD or BTC outside of ESGTA "Joint-Heir" co-owned lands, islands & "BE" IP.

      b) If any ESGTA Member enters a contract to engaged with the USA GOV on the Corporation side of GOV as a "Citizen", "Subject", "Chattle Property" as either a Corporation and/or Corporate Fiction by Contract (Birth Certificate, Social Security Card, Drivers License, State ID ect.); that individual member shall be subject to TTV fees as per all US GOV rules and regulations. Including property taxes on deeded title Lands, Islands and IP which that member may acquire, develop, maintain in the USA and/or within Allied Countries by Treaty.

      c) Not in contract with GOV as ESGTA members are exempt from TTV Fees while living, educating, working, playing, vacationing on or traveling between one or more ESGTA Fractionally Co-Owned Allodial Title Lands, Islands and/or "BE" IP in USA and/or Allied Countries by Treaty.

| | | |
|---|---|---|
| X________________ | X________________ | X [signature] |
| President Donald J. Trump USA | Secretary of Treasury Scott Bessent USA | ESGTA Co-Founder Dr. "Don" Horton |
| Signed Date: ___/___2025 | Signed Date: ___/___2025 | Signed Date: 5th February 2025 |





CHRISTINA LINSCOTT
Notary Public - Arizona
Yavapai County
Commission # 650287
My Comm. Expires Jun 8, 2027

3 of 4 C. Linscott 2/5/25


CERTIFIED MAIL
7019 2970 0001 0577 2117
PRESS FIRMLY TO SEAL
PRIORITY® MAIL
Retail
RDC 03
20220
FROM:
Expected delivery date specified for domestic use.
Domestic shipments include $100 of insurance
USPS Tracking® service included for domes
Limited international insurance.**
When used internationally, a customs decla
FLAT RATE ENVELOP
TRACKED ■ INSURED
PS00001000014
EP14F October 2023
OD: 12 1/2 x 9 1/2
SENDER: COMPLETE THIS SECTION
Complete items 1, 2, and 3.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.
1. Article Addressed to:
The Honorable Scott Bessent
Secretary Dept. of Treasury
1500 Pennsylvania Ave. N.W.
Washington D.C. 20220
9590 9402 8552 3186 7947 10
2. Article Number (Transfer from service label)
7019 2970 0001 0577 2117
PS Form 3811, July 2020 PSN 7530-02-000-9053
COMPLETE THIS SECTION ON DELIVERY
A. Signature
B. Received by (Printed Name)
C. Date of Delivery
D. Is delivery address different from item 1? If YES, enter delivery address below.
3. Service Type
Domestic Return Receipt


4 of 4